# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTHONY NGUYEN and TOAN THAI,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW DUFF WEISS, *et al.*,<br><br>Defendants. | 2:17-cv-02938-KJD-VCF<br>**ORDER** |

Before the Court is the Motion for Pro Se Litigant to file Electronically (ECF No. 1).

IT IS ORDERED that Plaintiffs' Motion for Pro Se Litigant to file Electronically (ECF No. 1) is GRANTED with the following provisions:

1. On or before December 27, 2017, Plaintiffs must provide certification that they have completed the CM/ECF tutorial and are familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2. Plaintiffs are not authorized to file electronically until said certifications are filed with the Court within the time frame specified.

DATED this 6th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE