<pre>
                    UNITED STATES DISTRICT COURT

                           DISTRICT OF NEVADA

                                  ***
</pre>

| | |
|---|---|
| ANTHONY NGUYEN, TOAN THAI, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW DUFF WEISS, THIEN KINH TRAN, <br><br> Defendants. | 2:17-cv-02938-KJD-VCF <br> **<u>ORDER</u>** |

Before the court is Plaintiff's Motion for Extend Time to Oppose Motion to Dismiss of Andrew Duff Weiss from Medical Conditions and Illnesses of Plaintiffs and Pending Criminal Charges Against Andrew Weiss (ECF No. 13). Since this motion is filed as ex-parte, Defendants received no notice of the filing of instant motion through CM/ECF. Nguyen has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Nguyen has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendant.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extend Time to Oppose Motion to Dismiss of Andrew Duff Weiss from Medical Conditions and Illnesses of Plaintiffs and Pending Criminal Charges Against Andrew Weiss (ECF No. 13) will be briefed in the ordinary course.

The Clerk of Court is directed to remove the ex parte status on Plaintiff's Ex Parte Motion (ECF No. 13).

DATED this 5th day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE